DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HEWITT A. GRANT, II,

Appellant,

v.

GUY DAVID BRADSTOCK, A.P.D., and,
ROBERT MITCHELL MACK, PUBLIC DEFENDER'S OFFICE,

Appellees.

No. 2D20-1643

_____

September 8, 2021

Appeal from the Circuit Court for Polk County; Ellen S. Masters, Judge.

Hewitt A. Grant, II, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.